**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,  : No. 384 EAL 2019
                                 :
             Respondent  :
                                 : Petition for Allowance of Appeal
                                 : from the Order of the Superior Court
         v.  :
                                 :
                                 :
JAMES WATTS,  :
                                 :
             Petitioner  :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 12th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.